IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| DENISHA GEORGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:13-cv-02162-JTF-cgc |
| ) | |
| AEROTEK, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Stipulation of Dismissal with Prejudice, filed on October 4, 2013, this matter is hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge

October 4, 2013                                                                                s/Thomas M. Gould
Date                                                                                                   Clerk of Court

                                                                                                          s/ Erica M. Evans
                                                                                                          (By)  Law Clerk